1  JAMES McMANIS (40958)
MATTHEW SCHECHTER (212003)
2  TYLER ATKINSON (257997)
ANDREW PARKHURST (324173)
3  McMANIS FAULKNER
a Professional Corporation
4  50 W. San Fernando Street, 10th Floor
San Jose, CA  95113
5  Telephone:  (408) 279-8700
Facsimile:  (408) 279-3244
6  jmcmanis@mcmanislaw.com

7  Attorneys for Plaintiffs,
GRADETECH, INC. and
8  SAM RIVINIUS, and Petitioner,
GRADETECH, INC.
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
11

12  GRADETECH, INC., a California corporation;        Case No.  19-cv-06157 NC
    SAM RIVINIUS, an individual,
13                                                     **STIPULATION AND ORDER SETTING
                                                       FURTHER BRIEFING SCHEDULE FOR
14              Plaintiffs and Petitioner,             THE OPPOSITION AND REPLY AS TO
                                                       DEFENDANTS' MOTION TO DISMISS
15  v.                                                 FIRST AMENDED COMPLAINT AND
                                                       TO CONTINUE HEARING DATE**
16  CITY OF SAN JOSE, a public entity; JIM
    ORTBAL, in his official capacity as the City's    **[Civil L.R. 7-11 and 7-12]**
17  Hearing Officer on Gradetech's protest of the
    City's 2019 Minor Street Projects                 Courtroom:   5, 4th Floor
18  disqualification decision, and in his individual   Judge:       Hon. Nathanael Cousins
    capacity; DAVID FRENCH, in his individual
19  capacity; CHRIS MASTRODICASA, in his
    individual capacity; MATTHEW CANO, in his
20  individual capacity; and MATTHEW
    LOESCH, in his individual capacity, and
21  DOES 1-50, inclusive,

22              Defendants and Respondents.

23

24
    ///
25
    ///
26
    ///
27
    ///
28
                                        1
STIPULATION AND ORDER SETTING FURTHER BRIEFING SCHEDULE ON MOTION TO DISMISS FAC
AND TO CONTINUE HEARING DATE; Case No.: 19-cv-06157 NC

1    Plaintiffs, GradeTech, Inc. and Sam Rivinius ("plaintiffs"), and defendants, the City of

2  San Jose, Jim Ortbal, David French, Chris Mastrodicasa, Matthew Cano, and Matthew Loesch

3  (collectively "defendants"), by and through their respective counsel of record, hereby stipulate as

4  follows:

5    WHEREAS, on December 20, 2019, plaintiffs filed their First Amended Complaint for

6  Damages and Petition for Writ of Mandamus, or in the Alternative, for Writ of Administrative

7  Mandamus;

8    WHEREAS, on Tuesday, December 24, 2019, defendants filed a Motion to Dismiss First

9  Amended Complaint ("the Motion");

10    WHEREAS, on January 3, 2020, the Court granted a Stipulation between the parties

11  continuing plaintiffs' deadline to file their opposition to the Motion to January 21, 2020,

12  defendants deadline to file a reply to February 4, 2020, and continuing the hearing date to

13  February 26, 2020;

14    WHEREAS, counsel for plaintiffs is scheduled to begin a trial in Alameda County on

15  January 27, 2020, and has various pretrial filings due and pretrial appearance scheduled before

16  that date;

17    WHEREAS, counsel for the parties have met and conferred regarding the briefing

18  schedule for the Motion, and defendants will not oppose a further extension in the briefing

19  schedule;

20    WHEREAS, the proposed briefing schedule will require the hearing on the Motion –

21  currently set for Wednesday, February 26, 2020 – to be continued to a later date;

22    WHEREAS, the parties agree that defendants need not provide initial disclosures, and

23  that the parties will not engage in discovery, before the Court issues its Order on the Motion;

24    WHEREAS, the parties agree that once an Order on the Motion is issued, they will

25  discuss discovery and the discovery schedule;

26    NOW THEREFORE, the parties hereby stipulate, and plaintiffs request that the Court

27  order, as follows:

28

STIPULATION AND ORDER SETTING FURTHER BRIEFING SCHEDULE ON MOTION TO DISMISS FAC
AND TO CONTINUE HEARING DATE; Case No.: 19-cv-06157 NC

1      Plaintiffs shall have until **Tuesday, February 25, 2020**, to file their opposition to the

2 Motion;

3      Defendants shall have until **Tuesday, March 17, 2020**, to file their reply in support of the

4 Motion;

5      The opposition and reply shall comply with the page limits set forth in Northern District

6 Local Rule 7-4(b); and

7      The parties are available for the hearing on the Motion to be continued to any Wednesday

8 in the month of April 2020 at 1:00 p.m.

9      **IT IS SO STIPULATED.**

10 Dated: January 14, 2020                 McMANIS FAULKNER

11

12                               /s/ Matthew Schechter
                              MATTHEW SCHECHTER

13                               Attorneys for Plaintiffs, Gradetech, Inc., and
                              Sam Rivinius, and Petitioner, Gradetech, Inc.

14

15

16 Dated: January 14, 2020                 RICHARD DOYLE, City Attorney

17                               /s/ Matthew Pritchard
                              MATTHEW PRITCHARD

18

19                               Attorneys for Defendants, City of San Jose, Jim
                              Ortbal, David French, Chris Mastrodicasa,

20                               Matthew Cano, and Matthew Loesch

21

22                             **ATTESTATION**

23      Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on

24 whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

25

26 Dated: January 14, 2020               /s/ Matthew Schechter
                              MATTHEW SCHECHTER

27

28

STIPULATION AND ORDER SETTING FURTHER BRIEFING SCHEDULE ON MOTION TO DISMISS FAC
AND TO CONTINUE HEARING DATE; Case No.: 19-cv-06157 NC

# ORDER

Pursuant to the parties' stipulation above, IT IS HEREBY ORDERED THAT:

1.    Plaintiffs' Opposition to the Motion to Dismiss First Amended Complaint is now due by Tuesday, February 25, 2020.

2.    Defendants' Reply in support of their Motion to Dismiss First Amended Complaint will be due by Tuesday, March 17, 2020.

3.    The hearing on Defendants' Motion to Dismiss First Amended Complaint is hereby continued from Wednesday, February 26, 2020, to Wednesday, April 8, 2020, at 1:00 p.m.

4.    Discovery is hereby stayed, and Defendants need not serve Plaintiffs with initial disclosures under Federal Rule of Civil Procedure 26(a), until the Court issues a ruling on Defendants' motion to dismiss the first amended complaint.

**IT IS SO ORDERED.**

Dated: January 15, 2020



_____

MAGISTRATE JUDGE NATHANAEL COUSINS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GRANTED

Judge Nathanael M. Cousins

4

STIPULATION AND ORDER SETTING FURTHER BRIEFING SCHEDULE ON MOTION TO DISMISS FAC AND TO CONTINUE HEARING DATE; Case No.: 19-cv-06157 NC